

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00729-CR

James Joshua **GRIFFIN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR11589
Honorable Jennifer Peña, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Counsel's motion to withdraw is GRANTED.

SIGNED December 4, 2024

_____
Lori I. Valenzuela, Justice